**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**NEHEMIAH ARMSTRONG**
**ADC #148538**                                                                                          **PETITIONER**

**v.**                           **CASE NO. 5:14-CV-00364 BSM**

**LARRY NORRIS, Interim Director,**
**Arkansas Department of Correction**                                           **RESPONDENT**

## ORDER

The recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 11] and Armstrong's objections [Doc. No. 13] have been reviewed. After a *de novo* review, the recommendation is adopted in its entirety.

Therefore, Armstrong's motion for a continuance, construed as a motion to stay [Doc. No. 10], is denied.

IT IS SO ORDERED this 26th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE