IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NEHEMIAH ARMSTRONG**                                                                                  **PETITIONER**
**ADC #148538**

v.                            CASE NO. 5:14-CV-00364 BSM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful consideration, the RD is adopted.

Therefore, Armstrong's petition is dismissed with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 7th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE