## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**NEHEMIAH ARMSTRONG**                                             **PETITIONER**
**ADC #148538**

**v.**                        **CASE NO. 5:14-CV-00364 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

### <u>JUDGMENT</u>

Consistent with the order entered on this day, judgment is entered for the respondent,

and the case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE